**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **VFX Foam, LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  Themeland Studios** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **81-1377404** |

| | | |
|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** |

**200 East Washington Ave., Suite 120**
**Burlington, WA 98233**
Number, Street, City, State & ZIP Code

**Skagit**
County

**Mailing address, if different from principal place of business**

**720 East Fair Haven Ave.**
**P.O. Box 18**
**Burlington, WA 98233**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Case 24-11086-CMA    Doc 1    Filed 04/30/24    Ent. 04/30/24 22:05:46    Pg. 1 of 12

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**3399**

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

| | |
|---|---|
| ■ | **Statistical and administrative information** |

**13. Debtor's estimation of available funds**    .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million        ☐ More than $50 billion

| **Request for Relief, Declaration, and Signatures** |
| :--- |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 30, 2024**
               MM / DD / YYYY

**X** **/s/ Richard O'Connor, III** _____      **Richard O'Connor, III** _____
Signature of authorized representative of debtor          Printed name

Title    **Owner** _____

**18. Signature of attorney**

**X** **/s/ Jennifer L. Neeleman** _____      Date **April 30, 2024**
Signature of attorney for debtor                              MM / DD / YYYY

**Jennifer L. Neeleman 37374**
Printed name

**Neeleman Law Group, P.C.**
Firm name

**1403 8th Street**
**Marysville, WA 98270**
Number, Street, City, State & ZIP Code

Contact phone  **(425) 212-4800**    Email address  **courtmail@expresslaw.com**

**37374 WA**
Bar number and State

Fill in this information to identify the case:

Debtor name    **VFX Foam, LLC**

United States Bankruptcy Court for the:    **WESTERN DISTRICT OF WASHINGTON**

Case number (if known): _____

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Airfoam Industries 3075 14th Ave., Suite 216 Markham, ON  L3R 0G9** | | **Supplier** | | | | **$17,548.00** |
| **AMEX P.O. Box 96001 Los Angeles, CA 90096** | | **Credit Card** | | | | **$8,000.00** |
| **Citicard P.O. Box 9001037 Louisville, KY 40290-1037** | | **Credit Card** | | | | **$5,700.00** |
| **Employment Security Dept P.O. Box 9046 Olympia, WA 98507** | | **Taxes** | | | | **$54,578.00** |
| **FMI EPS 9456 North McGuire Rd. Post Falls, ID 83854** | | | | | | **$20,625.00** |
| **Global Financial 9747 Business Park Ave. San Diego, CA 92131** | | **Loan** | | | | **$46,620.00** |
| **Intuit Charge c/o Credit International Corp. P.O. Box 1268 Bothell, WA 98041** | | **Loan** | | | | **$16,234.00** |
| **IRS Centralized Insolvency P.O. Box 7346 Philadelphia, PA 19101-7346** | | **Taxes** | | | | **$363,921.00** |

Case 24-11086-CMA    Doc 1    Filed 04/30/24    Ent. 04/30/24 22:05:46    Pg. 6 of 12

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Old Dominion Freight Line c/o Benjamin Kelly 9218 Roosevelt Way NE Seattle, WA 98115** | | **Shipping** | | | | **$32,862.22** |
| **PPG Architecture Finishes 400 Bertha Lamme Drive Cranberry Twp, PA 16066** | | **Services Provided** | | | | **$4,968.00** |
| **Rhino Lining 9747 Business Park Ave. San Diego, CA 92131** | | **Vendor** | | | | **$18,627.00** |
| **SBA Seattle District Office 2401 Fourth Ave, Suite 450 Seattle, WA 98121** | | **Loan** | | | | **$130,000.00** |
| **Scott Douglas Prima Materia Property Mngmt 911 Chuckanut Shore Rd. Bellingham, WA 98229** | | **Rent Due - Prior Location** | | | | **$46,620.00** |
| **Spring Funding 205 Rockaway Ave. PMB 3025 Valley Stream, NY 11580** | | **Loan** | | | | **$60,000.00** |
| **Sprinter/ American Recovery 555 St. Charles Drive, Ste 100 Thousand Oaks, CA 91360** | | **Loan** | | | | **$20,000.00** |
| **Sterling Hill National 1500 East College Way PMB 276 Mount Vernon, WA 98273** | | **Past Due Rent** | | | | **$137,000.00** |
| **W3 Global 1701 Legacy Drive, #1000 Frisco, TX 75034** | | | | | | **$12,000.00** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **WA Dept of L & I PO Box 44000 Olympia, WA 98504-4000** | | **Taxes** | | | | **$10,000.00** |

```
AIRFOAM INDUSTRIES
3075 14TH AVE., SUITE 216
MARKHAM, ON  L3R 0G9


AMEX
P.O. BOX 96001
LOS ANGELES, CA 90096


ATTORNEY GENERAL FOR WA STATE
BANKRUPTCY & COLLECTIONS UNIT
800 FIFTH AVE, 20TH FLOOR
SEATTLE, WA 98104


CITICARD
P.O. BOX 9001037
LOUISVILLE, KY 40290-1037


EMPLOYMENT SECURITY DEPT
P.O. BOX 9046
OLYMPIA, WA 98507


FMI EPS
9456 NORTH MCGUIRE RD.
POST FALLS, ID 83854


GLOBAL FINANCIAL
9747 BUSINESS PARK AVE.
SAN DIEGO, CA 92131


INTUIT CHARGE
C/O CREDIT INTERNATIONAL CORP.
P.O. BOX 1268
BOTHELL, WA 98041


IRS
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


OLD DOMINION FREIGHT LINE
C/O BENJAMIN KELLY
9218 ROOSEVELT WAY NE
SEATTLE, WA 98115
```

PPG ARCHITECTURE FINISHES
400 BERTHA LAMME DRIVE
CRANBERRY TWP, PA 16066


RHINO LINING
9747 BUSINESS PARK AVE.
SAN DIEGO, CA 92131


RICK O'CONNOR, III
2240 FERNDALE TERRACE
FERNDALE, WA 98248


SBA
SEATTLE DISTRICT OFFICE
2401 FOURTH AVE, SUITE 450
SEATTLE, WA 98121


SCOTT DOUGLAS
PRIMA MATERIA PROPERTY MNGMT
911 CHUCKANUT SHORE RD.
BELLINGHAM, WA 98229


SPRING FUNDING
205 ROCKAWAY AVE.
PMB 3025
VALLEY STREAM, NY 11580


SPRINTER/ AMERICAN RECOVERY
555 ST. CHARLES DRIVE, STE 100
THOUSAND OAKS, CA 91360


STERLING HILL NATIONAL
1500 EAST COLLEGE WAY
PMB 276
MOUNT VERNON, WA 98273


UNITED STATES ATTORNEYS OFFICE
ATTN: BANKRUPTCY ASSISTANT
700 STEWART STREET, ROOM 5220
SEATTLE, WA 98101


W3 GLOBAL
1701 LEGACY DRIVE, #1000
FRISCO, TX 75034

```
WA DEPT OF L & I
PO BOX 44000
OLYMPIA, WA 98504-4000


WA DEPT OF REVENUE
1904 HUMBOLDT ST, STE A
BELLINGHAM, WA 98225
```

# United States Bankruptcy Court
## Western District of Washington

In re    **VFX Foam, LLC**                        Case No.

                                       Debtor(s)          Chapter     **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **VFX Foam, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **April 30, 2024** | **/s/ Jennifer L. Neeleman** |
| Date | **Jennifer L. Neeleman 37374** |
| | Signature of Attorney or Litigant |
| | Counsel for   **VFX Foam, LLC** |
| | **Neeleman Law Group, P.C.** |
| | **1403 8th Street** |
| | **Marysville, WA 98270** |
| | **(425) 212-4800 Fax:(425) 212-4802** |
| | **courtmail@expresslaw.com** |