Entered on Docket July 30, 2024

**Below is the Order of the Court.**



_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re | Chapter 11 |
| VFX Foam, LLC, | Case No. 24-11086 |
| | ORDER SETTING CONFIRMATION HEARING AND RELATED DEADLINES |
| Debtor. | |

The Debtor filed a plan in this case on July 29, 2024 (the "Plan") [ECF No. 46]. The Court has not entered an order under 11 U.S.C. § 1181(b) making 11 U.S.C. § 1125 applicable to this case. Accordingly, pursuant to Interim Rules of Bankruptcy Procedure 3014 and 3017.2, it is hereby ORDERED as follows:

1. The Court shall hold a hearing to consider confirmation of the Plan on **August 29, 2024, at 9:30 a.m.** in Judge Alston's Courtroom, 700 Stewart Street, Suite 7206, Seattle, Washington.

2. All holders of claims or interests who wish to accept or reject the Plan shall do so by

Order - 1

completing a ballot and returning it to the Debtor's attorney no later than **August 22, 2024.**

3. An equity security holder or creditor whose claim is based on a security must be the holder of record of the security on **August 15, 2024,** to be eligible to vote to accept or reject the Plan.

4. Any objections to confirmation of the Plan shall be filed no later than **August 22, 2024.**

5. **August 15, 2024,** is the last day for a secured creditor to make an election under 11 U.S.C. § 1111(b)(2).

6. The Debtor shall mail to all creditors, equity security holders, and other parties in interest the Plan, a ballot for accepting or rejecting the Plan, and a copy of this Order by **August 1, 2024**. A copy of this order shall constitute notice of all matters set forth above, and no separate notice is required.

7. The Debtor shall file a proof of service demonstrating compliance with this Order by **August 6, 2024.**

///END OF ORDER///