**Below is the Order of the Court.**



_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | Chapter 11 |
| VFX Foam, LLC, | Case No. 24-11086 |
| Debtor. | ORDER ON CONFIRMATION OF DEBTOR'S CHAPTER 11 PLAN |

This matter came before the Court on the Debtor's Plan of Reorganization [ECF No. 46] (the "Plan"). The Court held a hearing on the Plan on August 29, 2024, at which it made findings of fact and conclusions of law incorporated by this reference. Now, therefore, it is hereby

ORDERED Confirmation of the Plan at ECF No. 46 is DENIED.

///END OF ORDER///

Order - 1